UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| ROBERT STANFORD, | ) Civil Action No. 5:22-CV-03493-KDW |
| Plaintiff, | ) |
| v. | ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

**ORDER**

AND NOW, this 28th day of April, 2023, upon review of Plaintiff's Petition for Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, (the "EAJA"), ECF No. 16, and Defendant's Response in Support of Plaintiff's Motion, ECF No. 17, it is hereby, ORDERED that Plaintiff, Robert Stanford, is awarded attorney fees in the amount of One Thousand, Two Hundred, Ninety-Six Dollars and 97/100 Cents ($1,296.97) under 28 U.S.C. § 2412 (d) of the EAJA. This award will be paid directly to Plaintiff, Robert Stanford, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the EAJA award will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the EAJA award in this Order to the extent necessary to satisfy such debt(s).

IT IS SO ORDERED.

April 28, 2023                                            Kaymani D. West
Florence, South Carolina                        United States Magistrate Judge